**Original filed 6/7/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR E. MENDEZ, | No. C 06-0743 JF (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| vs. | |
| SANTA CLARA COUNTY, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed a letter with the Court requesting an extension of time to file a petition for a writ of habeas corpus on February 2, 2006. On that same day, the Court sent a notification to Petitioner informing him that he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis. The Court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if Petitioner failed to pay the fee or file the completed application within thirty days.

On February 15, 2006, the Court sent a second notification to Petitioner informing him that he had not filed a petition or pleading in the instant action. The Court notified Petitioner that if he did not submit a petition or complaint within thirty days the action

1 would be dismissed and the file closed.

2     As of the date of this order, Petitioner has not filed a petition or application to
3 proceed in forma pauperis, nor paid the filing fee.  Accordingly, the instant habeas action
4 is dismissed without prejudice for failure to prosecute this matter pursuant to Fed. R. Civ.
5 P. 41(b).

6     IT IS SO ORDERED.

7 DATED: ___6/7/06_____

JEREMY FOGEL
United States District Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order of Dismissal
P:\pro-se\sj.jf\hc.06\Mendez743dis         2

1 | This is to certify that a copy of this ruling was mailed to the following:

Arthur E. Mendez
T-21071
CSP -Los Angeles County
44750 60th Street West
Lancaster, CA  93536-7620

Order of Dismissal
P:\pro-se\sj.jf\hc.06\Mendez743dis                3