\*\*E-filed 11/20/07\*\*

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  JAMES T. CHOU (CSBN 142123)
   RICHARD J. CUTLER (CSBN 146180)
5  THOMAS O'CONNELL (NYSB 1801950)
   Assistant United States Attorneys
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California 94102
       Telephone: (415) 436-7159
8      Facsimile: (415) 436-6753
       E-Mail: jim.chou@usdoj.gov
9
   Attorneys for the United States
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

14

15 | UNITED STATES OF AMERICA,        )  No. CR 05-00743 JF
                                      )
16 |     Plaintiff,                   )  STIPULATION TO CONTINUE STATUS
                                      )  CONFERENCE and [PROPOSED] ORDER
17 |     v.                           )
                                      )
18 | EUGENE LEE,                      )
                                      )
19 |     Defendant.                   )
   |_____    )
20
           IT IS HEREBY STIPULATED AND AGREED, by and between Kevin V. Ryan, United
21
   States Attorney for the Northern District of California, and James T. Chou, Richard J. Cutler, and
22
   Thomas O'Connell, Assistant United States Attorneys, counsel for the United States, and
23
   defendant Eugene Lee, through his attorney Martin Martinez, that the status conference in this
24
   matter be continued from Wednesday, November 15, 2006, to Wednesday, June 27, 2007 at
25
   10:00 a.m.  This stipulation is entered into for the following reasons:
26

27

28
   STIPULATION/ORDER
   CONTINUING SENTENCING
   CR  05-00743 JF

1.      1. On November 18, 2005, defendant Eugene Lee entered into a plea agreement with the government. As part of his plea agreement, the defendant agreed to cooperate with the government in the prosecution of all remaining defendants in <u>United States v. Anh The Duong, et al.</u>, CR 01-20154 JF. In exchange, the government promised to file a motion for a downward departure from the Sentencing Guideline range, detailing the defendant's cooperation, provided defendant is completely truthful and provides substantial assistance to the United States.

2.      2. As part of the defendant's separate cooperation agreement, he agreed to testify at any trials in the above-captioned case. In order to fully benefit from his cooperation agreement with the government, and to avoid having to re-sentence defendant, the parties agreed that defendant's sentencing should be postponed until his cooperation is completed. At this time, no trial date is set for any remaining defendants. Based on severances, pending motions, and recent changes in counsel for several defendants, the parties do not anticipate defendant's cooperation will be completed before 2007.

3.      3. The parties agree that defendant's status conference should be continued until after he has completed his cooperation in order that the defendant receive the full benefit of the government's promise. Accordingly, the parties request that this matter be continued until June 27, 2007, at 10:00 a.m., for a status conference and possible scheduling of defendant's sentencing date.

///

4. Defendant agreed as part of his plea agreement to seek continuances of his sentencing date until after he has completed his cooperation, and would not otherwise be due for release prior to that time.

KEVIN V. RYAN
United States Attorney

DATED: _November 2, 2006___       /S/   JAMES T. CHOU
JAMES T. CHOU
RICHARD J. CUTLER
THOMAS O'CONNELL
Assistant United States Attorneys

DATED: _November 2, 2006__       /S/   MARTIN MARTINEZ
MARTIN MARTINEZ
Attorney for Defendant Eugene Lee

**IT IS SO ORDERED.**

DATED:   11/20/06

HONORABLE JEREMY FOGEL
United States District Judge

STIPULATION/ORDER
CONTINUING SENTENCING
CR 05-00743 JF