SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JAMES T. CHOU (CSBN 142123)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7159
    Facsimile: (415) 436-6753
    E-Mail: jim.chou@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00743 JF |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE and [PROPOSED] ORDER |
| v. | |
| EUGENE LEE, | |
| Defendant. | |

    The United States of America, by and through Scott N. Schools, United States Attorney for the Northern District of California, and James T. Chou, Assistant United States Attorney for said District, and defendant Eugene Lee, through his attorney Martin Martinez, Esq., hereby stipulate and agree that the status conference in this matter be continued from Wednesday, June 27, 2007, to Wednesday, January 30, 2008 at 9:00 a.m. This stipulation is entered into for the following reasons:

    1. On November 18, 2005, defendant Eugene Lee entered into a plea agreement with the government. As part of his plea agreement, defendant agreed to cooperate with the government

STIPULATION/ORDER
CONTINUING SENTENCING
CR 05-00743 JF

in the prosecution of all remaining defendants in United States v. Anh The Duong, et al., CR 01-20154 JF. In exchange, the government agreed to file a motion for a downward departure from the Sentencing Guideline range, provided defendant is completely truthful and provides substantial assistance to the United States.

2. As part of defendant's cooperation agreement, he agreed to testify at any trials in the above-captioned case and to seek continuances of his sentencing date until after he has completed his cooperation, and would not otherwise be due for release prior to that time. In order to fully benefit from his cooperation agreement with the government, and to avoid having to re-sentence defendant, the parties agreed that defendant's sentencing should be postponed until his cooperation is completed. At this time, no trial date is set for any remaining defendants.

3. The parties agree that defendant's status conference should be continued until after he has completed his cooperation in order that he may receive the full benefit of the government's promise. Accordingly, the parties request that the status conference set for June 27, 2007, be continued to January 30, 2008 at 9:00 a.m.

SCOTT N. SCHOOLS
United States Attorney

DATED: 06/19/07

JAMES T. CHOU
Assistant United States Attorney

DATED: June 18, 2007

MARTIN MARTINEZ
Attorney for Defendant Eugene Lee

**IT IS SO ORDERED.**

DATED: 6/25/07

HONORABLE JEREMY FOGEL
United States District Judge

STIPULATION/ORDER
CONTINUING SENTENCING
CR 05-00743 JF

2